JOHN J. GALLAHER, Respondent, *v.* STEPHEN J. McMAHON et al., Appellants.

(Submitted March 12, 1888; decided April 10, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict and an order denying a motion for a new trial.

*Develin & Miller* for appellants.

*William J. Kelly* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.